**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **W. H. WALL FAMILY HOLDINGS LLP,** § § § | |
| Plaintiff, § § | |
| v. § § | **CIVIL ACTION NO. 1:18-cv-0303-LY** |
| **CELONOVA BIOSCIENCES, INC.** § § | |
| Defendant. § § § | |

**[JOINT PROPOSED] SCHEDULING ORDER**

This Court enters this Scheduling Order pursuant to Federal Rule of Civil Procedure 16.  The stay imposed at Dkt. No. 17 is lifted only to the extent required to comply with this Scheduling Order.

| Case Management Deadlines | Date |
|---|---|
| Disclosure:  Claims/Infringement | **August 31, 2018** |
| Disclosure:  Invalidity Contentions | **September 28, 2018** |
| Identify Claims Terms To Be Construed | **October 8, 2018** |
| Joint Claim Construction Statement | **November 12, 2018** |
| Close of Claim Construction Discovery | **December 3, 2018** |
| Tutorial | **December 7, 2018 - 9:30 am** |
| Opening Claim Construction Briefs | **December 12, 2018** |
| Reply Claim Construction Briefs | **January 11, 2019** |
| *Markman* Hearing | **January 22, 2019 – 9:30 am** |

**SO ORDERED.**

      SIGNED this _____ day of _____, 2018.

                                                                                                    _____
                                                                                                  Hon. Lee Yeakel
                                                                                                  United States District Judge